Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR14-0340RAJ |
| Plaintiff, | |
| v. | FINAL ORDER OF FORFEITURE |
| TIMON ANDERSON BERRY, | |
| Defendant. | |

THIS MATTER comes before the Court on motion of the United States for entry of a Final Order of Forfeiture with respect to the properties listed below.

On July 10, 2015, this Court entered a Preliminary Order of Forfeiture in the above-captioned case forfeiting Defendant TIMON ANDERSON BERRY's interest in each of the properties listed below.  The property listed in paragraph (a) below is subject to forfeiture pursuant to Title 18, United States Code, Section 2253 because it was used and intended to be used to commit or to promote the commission of the offense to which the defendant has pleaded guilty; Possession of Child Pornography, in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).  The property listed in paragraph (b) below is subject to forfeiture because it constitutes the images themselves.

Pursuant to Title 21, United States Code, Section 853(n), the United States published notice of the Preliminary Order of Forfeiture on the official government website www.forfeiture.gov for thirty (30) consecutive days beginning on July 12, 2015,

FINAL ORDER OF FORFEITURE - 1
*U.S. v. Timon Anderson* Berry, Case No. CR14-0340RAJ

UNITED STATES ATTORNEY
700 STEWART STREET. SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  and ending on August 11, 2015, and of the intent of the United States to dispose of the
2  property listed in paragraph (a) of the Preliminary Order of Forfeiture in accordance with
3  the law.  The notice further stated that any person, other than the defendant, having or
4  claiming a legal interest in the above-described property was required to file a petition
5  with the Court within sixty (60) days of the first date of publication of notice, setting
6  forth the nature of the petitioner's right, title, and interest in the property.

7      All persons and entities believed to have an interest in the property subject to
8  forfeiture were given proper notice of the intended forfeiture.

9      No petitioners or claimants have come forth to assert an interest in the forfeited
10 property, and the time for doing so has expired.

11     IT IS ORDERED, ADJUDGED and DECREED that the following properties
12 seized from TIMON ANDERSON BERRY are hereby fully and finally condemned and
13 forfeited to the United States in their entirety:

14     (a)    One (1) Dell Laptop Computer, Model P35G; and

15     (b)    Any and all visual depictions and images of minor children engaged in
16     sexually explicit conduct.

17 ///
18 ///
19 ///
20 ///
21 ///

FINAL ORDER OF FORFEITURE - 2
*U.S. v. Timon Anderson* Berry, Case No. CR14-0340RAJ

UNITED STATES ATTORNEY
700 STEWART STREET. SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS FURTHER ORDERED, ADJUDGED and DECREED that no right, title, or interest to the above-described properties shall exist in any other party. The United States Marshals Service and/or its representatives are authorized to dispose of the above-described properties in accordance with law. Specifically, the depictions and images listed in paragraph (b) above shall be destroyed or retained for official (investigative) use by the Attorney General pursuant to Title 21, United States Code, Sections 853(i) and 881(e).

DATED this 11th day of January, 2016.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

FINAL ORDER OF FORFEITURE - 3
*U.S. v. Timon Anderson Berry*, Case No. CR14-0340RAJ

UNITED STATES ATTORNEY
700 STEWART STREET. SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970