JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR14-340-RAJ |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER GRANTING |
| | ) | DEFENDANT'S MOTION TO |
| TIMON ANDERSON BERRY, | ) | MODIFY CONDITIONS OF |
| | ) | RELEASE |
| Defendant. | ) | |
| | ) | |

THE COURT has considered the motion to modify the Defendant's conditions of release and the records herein, and there being no opposition filed,

The Court GRANTS the motion (Dkt. #46) and ORDERS that the Defendant's conditions of supervision be modified as follows: (1) to allow overnight visitation with his fiancé and her child, subject to the approval of his probation officer; and (2) to allow children to come over to the house to play with their son while Mr. Berry is present so long as an approved chaperone is present.

DATED this 27th day of September, 2019.

_____
The Honorable Richard A. Jones
United States District Judge

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**