JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | ) No. CR14-340-RAJ |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER GRANTING MOTION<br>) TO MODIFY CONDITIONS<br>) OF RELEASE |
| TIMON BERRY, | ) |
| Defendant. | ) |

THE COURT has considered the motion to modify the Defendant's conditions of release and the records herein.

The Court GRANTS the motion (Dkt. 49) and ORDERS that the Defendant's conditions of supervision be modified as follows:

- Mr. Berry and his fiancée shall be allowed to live together with her son on a full-time basis in accordance with the safety plan approved by the defendant's therapist and probation officer.

- Mr. Berry shall be allowed to have unsupervised time with his fianceé's son as necessary and in accordance with the safety plan approved by the defendant's therapist and probation officer.

DATED this 2nd day of July, 2020.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER TO MODIFY
CONDITIONS OF RELEASE
(*Timon Berry*; CR14-340RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**